

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | * CASE NUMBER: 05-648-2 |
| | * |
| JESUS DELEON | * |

## ORDER

On this day the foregoing Motion to Substitute Counsel was considered by the Court.

IT IS ORDERED that said Motion be and is hereby GRANTED and that ROBERT BUJANOS is substituted as counsel for the Defendant, JESUS DELEON, in place and in stead of ALFRED H. MONTELONGO.

SIGNED this 1st day of November, 2005.

UNITED STATES MAGISTRATE JUDGE